# United States District Court
# Western District of Michigan

**PDF FILE WITH AUDIO FILE ATTACHMENT**

2:11–cv–00461

Ondrasek v. Sterbenz et al

| | |
|---|---|
| Audio File Name : | 7–31–2011IPSDassist.wav |
| Audio File Size : | 0.6 MB |
| Audio Run Time : | 00:03:53 |

**Help Using This File :**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.