UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CODY ONDRASEK,

    Plaintiff,                        Case No. 2:11-cv-461

v.                                    HON. TIMOTHY P. GREELEY

MATHEW STERBENZ, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered herewith,

IT IS ORDERED that judgment is entered for defendants and against plaintiff.

IT IS SO ORDERED.

                                            /s/ Timothy P. Greeley
                                            TIMOTHY P. GREELEY
                                            UNITED STATES MAGISTRATE JUDGE

Dated:  November 14, 2013